JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 371 -- IN RE LTV SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 12/14/78 | 1. | MOTION/BRIEF/SCHEDULE A/EXHIBITS 1-9 DEFENDANTS LTV Corp., Jones & Laughlin Steel Corp., Paul Thayer, R. A. Hay, J. J. Paulos, Forbes Mann, Julian Scheer, G. E. Smith, K. J. Griggy, R. L. Kirk, T. C. Graham, B. L. Brown, J. F. Powers, J. W. Johnson, B. F. Oram, W. E. Meyer, F. C. Ash, H. R. Lilley, E. C. Jouillian, III, W. H. Osborn, Jr., C. E. Woodruff, E. L. Cox, J. D. Murchison, J. J. Elmore and Ernst & Ernst Certificate of Service Suggested Transferee District: N.D. Texas Suggested Transferee Judge: Wm. M. Taylor, Jr. |
| 12/26/78 | 2 | RESPONSE/MEMORANDUM -- Plaintiff Gladys Kent, et al. -- w/cert. of svc. (emh) |
| ~~XXXXXXX~~ 12/27/78 | | APPEARANCES -- STUART D. WECHSLER, ESQ. for Bert Bronheim GENE I. MESH, ESQ. for Gladys L. Kent JAMES W. SCHLUETER, ESQ. for Model Associates, Inc. HENRY L. KING, ESQ. for LTV Corp. and Jones & laughlin Steel Corp. WILSON W. HERNDON, ESQ. for Paul Thayer, R. A. Hay, Forbes Mann, Julian Scheer, G. E. Smith, K. J. Griggy, R. L. Kirk, T. C. Graham, B. L. Brown, J. F. Powers, J. W. Johnson, B. F. oram, W. E. Meyer, F. C. Ash PETER A. WHITE, ESQ. for James J. Paulos D. L. CASE, ESQ. for Ernst & Ernst MORRIS HARRELL, ESQ. for H. R. Lilley, E. C. Joullian III, W. H. Osborn, Jr., C. E. Woodruff, E. L. Cox, J.D. Murchison, J. J. Elmore (rew) |
| 12/29/78 | 3 | RESPONSE -- Bert Bronheim -- w/cert. of svc. (emh) |
| 1/2/79 | 4 | RESPONSE -- Model Associates, Inc., et al. -- w/cert. of svc. (emh) |
| 1/4/79 | | APPEARANCE -- Jules Brody for Abraham Fruchthandler (emh) |
| 1/4/79 | | REQUEST FOR EXTENSION OF TIME -- Jules Brody -- granted to and including 1/8/79 (emh) |
| 1/11/79 | 5 | RESPONSE/BRIEF -- Plaintiff Abraham Fruchthandler -- w/Exhibits A and B, and cert. of serv. (cds) |
| 1/12/79 | | REQUEST FOR EXTENSION OF TIME FOR FILING REPLY -- LTV Corp, et al. -- Granted to and Including 1/24/79 (cds) |
| 1/15/79 | 6 | AMENDMENT TO MOTION -- Movants -- To Add B-6 Marhart, etc. v. LTV Corp., et al., N.D. Ill, #78C 4853 -- w/cert. of serv. (cds) |

JPML FORM 1A - Continuation                           DOCKET ENTRIES -- p. 2

DOCKET NO. 371 -- IN RE LTV SECURITIES LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 1/22/79 | | APPEARANCE -- Abraham N. Goldman, Esq. for Marhart, Inc. (ea) |
| 1/22/79 | | CERT. OF SVC. for Pleading No. 5. (ea) |
| 1/23/79 | | REQUEST FOR EXTENSION OF TIME -- Movants LTV -- Granted to and including January 29, 1979 (cds) |
| 1/26/79 | | REQUEST FOR EXTENTION OF TIME -- Movants LTV -- Granted to and including February 1, 1979 (cds) |
| 2/2/79 | 7 | REPLY BRIEF W/CERT. OF SVC. -- Movants LTV. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting A-1 through B-6 for hearing to be held in N.D. California on March 23, 1979 (cds) |
| 2/23/79 | 8 | SECOND AMENDMENT TO MOTION -- Movants -- to add B-7 Reynolds v. LTV Corp., et al., S.D.Fla., #79-401-Civ-JAG -- w/cert. of service (cds) |
| 3/8/79 | | AMENDMENT TO HEARING ORDER (filed 2/20/79) -- to include B-7 Reynolds v. LTV Corp., et al. S.D.Fla., #79-401-Civ-JAG (emh) |
| 3/20/79 | | HEARING APPEARANCES: HENRY KING, ESQ. FOR LTV Corp.; WILSON HERNDON, ESQ. FOR 14 indiv. defendants; D. L. CASE, ESQ. FOR Ernst & Ernst; GENE MESH, ESQ. FOR Kent STUART D. WECHSLER, ESQ. FOR Bert Bronheim; JULES BRODY, ESQ. FOR Abraham Fruchthandler (cds) |
| 3/20/79 | | WAIVER OF ORAL ARGUMENT: Marhart, Inc.; Model Associates Inc. (cds) |
| 3/26/79 | | APPEARANCE -- Leo Greenfield for William G. Reynolds (emh) |
| 3/26/79 | | WAIVER OF ORAL ARGUMENT -- William G. Reynolds (emh) |
| 3/26/79 | 9 | RESPONSE -- Pltf. William G. Reynolds -- w/order (emh) |
| 3/30/79 | | CERT. OF SVC. for pleading #9 -- plaintiff Reynolds. (ea) |
| 4/27/79 | 10 | LETTER Update on Developments Since Panel Hearing -- Signatory Movants (cds) |
| 5/8/79 | | CONSENT OF TRANSFEREE COURT assigning litigation to Judge Patrick E. Higginbotham, N.D. Tex., for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. (ea) |
| 5/8/79 | | OPINION AND ORDER -- transferring A-3 thru B-7 to N.D. Tex. under Judge Patrick E. Higginbotham for pretrial proceedings under 28 U.S.C. §1407. (ea) Notified involved counsel, clerks, judges, recipients and publishers. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 371 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LTV SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 3/23/79 | 5/8/79 | O&O | 470 F. Supp. 859 | N.D. Texas | Patrick E. Higginbotham | |

Special Transferee Information

DATE CLOSED: 5/18/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 371 -- In re LTV SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Bert Bronheim v. LTV Corp., et al. | N.D.Tex ~~Taylor~~ Higginbotham | 3-78-0937-C | | | 5/18/82 D | |
| A-2 | Gladys L. Kent v. LTV Corp., et al. | N.D.Tex ~~Porter~~ Higginbotham | 3-78-1347-F | | | 5/18/82 D | |
| A-3 | Abraham Fruchthandler v. LTV Corp. | E.D.N.Y. Nickerson | 77 C 1879 | 5/8/79 | CA3-79-0623-G | 5/18/82 D | |
| A-4 | Abraham Fruchthandler v. LTV Corp., et al. | E.D.N.Y. Nickerson | 78 C 2457 | 5/8/79 | CA3-79-0624-G | 5/18/82 D | |
| A-5 | Model Associates, Inc. v. LTV Corp., et al. | S.D.Ohio Porter | C-1-78-742 | 5/8/79 | CA3-79-0625-G | 5/18/82 D | |
| B-6 | Marhart, Inc., etc. v. The LTV Corp., et al. | N.D.Ill Grady | 78C 4853 | 5/8/79 | CA3-79-0622-G | 5/18/82 D | Amend Mot. 1/15/79 |
| B-7 | William G. Reynolds, etc. v. The LTV Corp., et al. | S.D.Fla. Gonzalez | 79-401-Civ-JAG | 5/8/79 | CA3-79-0621-G | 5/18/82 D | Amend Mot. 2/23/79 |
| XYZ-8 | Lenore Feldman, etc. v. LTV Corp. | N.D.Tex Higginbotham | 3-79-1519 | | | 5/18/82 D | |

July 1979 - 5 TR; 2 XYZ - 7 P&G

July 1980 - 5 TR/3 XYZ - 8 P&G.
July 1981 — Same
July 1982 Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 371 -- IN RE LTV SECURITIES LITIGATION

---

BERT BRONHEIM (A-1)
Stuart D. Wechsler, Esquire
Kass, Goodkind, Wechsler
   & Gerstein
122 East 42nd Street
New York, New York 10017

GLADYS L. KENT (A-2)
Gene I. Mesh, Esquire
Central Trust Building
Suite 2005
Cincinnati, Ohio  45205

ABRAHAM FRUCHTHANDLER (A-3,A-4)
Jules Brody, Esquire
Stull, Stull & Brody
6 East 45th Street
New York, New York  10017

MODEL ASSOCIATES, INC. (A-5)
James W. Schlueter, Esquire
1553  Cedar Avenue
Cincinnati, Ohio  45224

LTV CORP.
JONES & LAUGHLIN STEEL CORP.
Henry L. King, Esquire
Davis, Polk & Wardwell
1 Chase Manhattan Plaza
New York, New York  10005

H. R. LILLEY
E. C. JOULLIAN III
W. H. OSBORN, JR.
C. E. WOODRUFF
E. L. COX
J. D. MURCHISON
J. J. ELMORE
Morris Harrell, Esquire
Rain, Harrell, Emery, Young
  & Doke
4200 Republic National Bank
  Tower
Dallas, Texas  75201

PAUL THAYER
R. A. HAY
FORBES MANN
JULIAN SCHEER
G. E. SMITH
K. J. GRIGGY
R. L. KIRK
T. C. GRAHAM
B. L. BROWN
J. F. POWERS
J. W. JOHNSON
B. F. ORAM
W. E. MEYER
F. C. ASH
Wilson W. Herndon, Esquire
Strasburger & Price
1200 One Main Place
Dallas, Texas  75250

JAMES J. PAULOS
Peter A. White, Esquire
Fulbright & Jaworski
1150 Connecticut Avenue, N.W.
Washington, D. C.  20036

ERNST & ERNST
D. L. Case, Esquire
Jackson, Walker, Winstead,
Cantwell & Miller
4300 First National Bank Bldg.
Dallas, Texas  75202

LEHMAN BROTHERS
  KUHN LOEB, INC.
James J. Hagan, Esquire
Simpson, Thacher & Bartlett
1 Battery Park Plaza
New York, New York 10004

MARHART, INC. (B-6)
Abraham N. Goldman, Esq.
105 W. Adams Street, Suite 2370
Chicago, Illinois  60603

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| **WILLIAM G. REYNOLDS (B-7)**<br>Leo Greenfield, Esquire<br>1680 Northeast 135th Street<br>North Miami, Florida  33181<br><br>LIAISON COUNSEL FOR DEFENDANTS<br>Justin J. Karl, Esquire<br>LTV Tower<br>P.O. Box 225003<br>Dallas, Texas 75250 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 371 -- IN RE LTV SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| LTV CORP. ✓ | A-1  A-2  A-3  A-4  A-5  B-6  B7 |
| ERNST & ERNST ✓ | A-1  A-2  A-4  A-5  B-6  B7 |
| PAUL THAYER | A-1  A-2  A-5  B-6  B7 |
| R. A. HAY ✓ | A-1  A-2  A-5  B-6  B7 |
| J. J. PAULOS ✓ | A-1  A-5  B-6  B7 |
| FORBES MANN ✓ | A-1 |
| JULIAN SCHEER | A-1 |
| G. E. SMITH ✓ | A-1 |
| K. J. GRIGGY ✓ | A-1  A-2  A-5  B-6  B7 |
| R. L. KIRK ✓ | A-1 |
| T. C. GRAHAM ✓ | A-1  A-2  A-5  B-6  B7 |

MDL-372

p. 2

| | |
|---|---|
| B. L. BROWN ✓ | A-1 |
| J. F. POWERS ✓ | A-1 |
| J. W. JOHNSON ✓ | A-1 |
| B. F. ORAM ✓ | A-1 |
| W. E. MEYER | A-1 |
| F. C. ASH ✓ | A-1 |
| H. R. LILLEY | A-1   A-2   A-5   B-6   B7 |
| E. C. JOULLIAN III | A-1   A-2   A-5   B-6   B7 |
| W. H. OSBORN, JR. | A-1   A-2   A-5   B-6 |
| C. E. WOODRUFF ✓ | A-1   A-2   A-5   B-6   B7 |
| E. L. COX ✓ | A-1   A-2   A-5   B-6   B7 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 371 -- IN RE LTV SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| J. D. MURCHISON | A-1  A-2  ✓A-5  B-6  B7 |
| J. J. ELMORE | A-1  A-2  A-5  B7 |
| LEHMAN BROTHERS KUHN LOEB INC. (formerly Lehman Brothers Inc. and Goldman Sachs & Co.) | A-2 |
| EPPLER, GUERIN & TURNER, INC. Brokers and Underwriters of LTV Corp. | A-2 |
| JONES & LAUGHLIN STEEL CORP. | A-2, A-4  A-5  B-6  B7 |